**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

**UNITED STATES OF AMERICA,**

**v.**                                                                **Case No. 7:11PO00117, -118**

**THOMAS R. PERRY**


## ORDER


The defendant appeared in this court on July 20, 2011, for a status conference regarding his participation and compliance in the Veteran's Treatment Court. It was established the defendant has violated several of the conditions imposed on him by the May 12, 2011 Order, however the defendant has a continuing desire to participate and abide by the conditions set forth previously. Having considered all matters carefully, it is hereby

### ORDERED

that the July 20, 2011 Order be amended to add the following condition:

1. The defendant shall enroll in and complete the Intensive Outpatient Program at the Veterans Administration Medical Center.

Entered: July 27, 2011

*/s/ Michael F. Urbanski*

Michael F. Urbanski
United States District Judge